**United States District Court**
For the Northern District of California

**\*E-FILED 09-28-2010\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEORGIA C. BROWN-KYES, | No. C10-01986 HRL |
| Plaintiff, | **ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE** |
| v. | |
| GREENPOINT MORTGAGE FUNDING, INC., et al., | |
| Defendants. | |
| _____/ | |

A case management conference was held in this matter on September 28, 2010.  A "special appearance" was made on plaintiff's behalf by an attorney with no connection to these proceedings.  And, the docket indicates that there has been virtually no activity in this matter since plaintiff amended her complaint several months ago.

Accordingly, plaintiff's counsel, Stephen Ruehmann, shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **November 30, 2010, 10:00 a.m.** and show cause, if any, why this case should not be dismissed for failure to prosecute.

SO ORDERED.

Dated:   September 28, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1   5:10-cv-01986-HRL Notice has been electronically mailed to:

2   Donald Michael Scotten   donald.scotten@akerman.com, angela.walter@akerman.com,
maciej.wesolowski@akerman.com, robert.shaw@akerman.com

3

4   Justin D. Balser   justin.balser@akerman.com

5   Justin Donald Balser   justin.balser@akerman.com, elizabeth.streible@akerman.com,
kristine.elliott@akerman.com, luke.sosnicki@akerman.com,
stephanie.jefferson@akerman.com, toni.domres@akerman.com,

6   victoria.edwards@akerman.com

7   Stephen Conrad Ruehmann   ruehmannlaw@yahoo.com

8

9   Counsel are responsible for distributing copies of this document to co-counsel who have not
registered for e-filing under the court's CM/ECF program.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2