**United States District Court**
For the Northern District of California

1

2                                                    *E-FILED 03-25-2011*

3

4

5

6

7                                    NOT FOR CITATION

8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN JOSE DIVISION

11

12    GEORGIA C. BROWN-KYES,                    No. C10-01986 HRL

13              Plaintiff,                      **ORDER THAT CASE BE REASSIGNED
        v.                                      TO A DISTRICT COURT JUDGE**

14    GREENPOINT MORTGAGE FUNDING, INC.;        **REPORT AND RECOMMENDATION
      GMAC MORTGAGE, LLC; ALLAMERICAN          THAT CASE BE DISMISSED WITHOUT**
15    MORTGAGE & PROPERTIES; MORTGAGE           **PREJUDICE FOR FAILURE TO
      ELECTRONIC REGISTRATION SYSTEMS,          PROSECUTE**
16    INC.; ETS SERVICES, LLC; AURORA LOAN
      SERVICES; US BANK N.A. TRUSTEE; and
17    DOES 1 to 100, inclusive,

18              Defendants.
                                        /
19

20          Plaintiff Georgia Brown-Kyes was ordered to appear on December 14, 2010 and show

21    cause why this case should not be dismissed for failure to prosecute.  She failed to appear, and

22    because not all parties have consented to proceed before a United States Magistrate Judge, this

23    court now issues the following report and recommendation.

24          Plaintiff, who is represented by counsel, filed the instant action in state court for alleged

25    violations of federal and state law in connection with her home mortgage.  Defendant Aurora

26    Loan Service (Aurora) removed the matter here, asserting federal question jurisdiction.  At the

27    time of removal, none of the defendants had been served.  (Docket No. 1, Notice of Removal ¶

28    7)).  Shortly after, plaintiff voluntarily dismissed Aurora with prejudice.  (Docket No. 8).

United States District Court

For the Northern District of California

1    Plaintiff then filed an amended complaint against all the same defendants.[1]  The docket contains

2    no proofs of service.  In her case management statement, however, plaintiff stated that as of

3    August 3, 2010, all but one defendant (ETS Services, LLC) had been served.  (Docket No. 11).

4    Of the defendants who reportedly have been served, none have responded to the amended

5    complaint or appeared in this action.  A case management conference was held in this matter on

6    September 28, 2010.  Neither plaintiff nor her attorney appeared.  Instead, a "special

7    appearance" was made on plaintiff's behalf by an attorney with no connection whatsoever to

8    these proceedings.

9         No significant activity has occurred in the litigation since then.

10        Rule 41 of the Federal Rules of Civil Procedure provides that a plaintiff's failure to

11   prosecute may result in dismissal of the action.  FED.R.CIV.P. 41(b).  Although Rule 41, on its

12   face, authorizes dismissal on a motion by a defendant, the court also has inherent power to

13   dismiss actions *sua sponte*, without notice or hearing, "to achieve the orderly and expeditious

14   disposition of cases."  *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630-32, 82 S. Ct. 1386

15   (1962); *see also Oliva v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992) ("District courts have

16   inherent power to control their dockets and may impose sanctions, including dismissal, in the

17   exercise of that discretion."); *Villegas v. City of Gilroy*, 363 F. Supp.2d 1207, 1208, fn. 1 (N.D.

18   Cal. 2005) (same).  Federal actions must be prosecuted with "reasonable diligence" in order to

19   avoid dismissal.  *Anderson v. Air West, Inc.*, 542 F.2d 522, 524 (9th Cir. 1976).  In determining

20   whether such a dismissal is warranted, "the district court must consider five factors:  (1) the

21   public's interest in expeditious resolution of litigation; (2) the court's need to manage its

22   docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of

23   cases on their merits; and (5) the availability of less drastic alternatives."  *Yourish v. California

24   Amplifier*, 191 F.3d 983, 990 (9th Cir. 1999).

25

26

27

28        [1]        In view of the prior dismissal of Aurora with prejudice, Aurora's inclusion in
     the amended pleading apparently was an inadvertent error.

Analysis of the relevant factors weighs in favor of dismissal here.  Indeed, all indications are that plaintiff has abandoned the instant litigation.[2]  Accordingly, this court recommends that this action be dismissed without prejudice for failure to prosecute.

Any party may serve and file objections to this Report and Recommendation within fourteen days after being served.  FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1)(B) & (C).

Dated:    March 25, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court

For the Northern District of California

---

[2]    While the instant proceedings were languishing, plaintiff apparently elected to file, on a pro se basis, a separate lawsuit against two of the named defendants:  ETS Services and Mortgage Electronic Registration Systems, Inc., Case No. C10-05535 LHK (HRL).  That lawsuit also concerns alleged predatory lending conduct with respect to the same real property.

5:10-cv-01986-HRL Notice has been electronically mailed to:

Donald Michael Scotten     donald.scotten@akerman.com, jordan.smith@akerman.com, maciej.wesolowski@akerman.com

Justin D. Balser     justin.balser@akerman.com

Justin Donald Balser     justin.balser@akerman.com, elizabeth.streible@akerman.com, kristine.elliott@akerman.com, luke.sosnicki@akerman.com, stephanie.jefferson@akerman.com, toni.domres@akerman.com, victoria.edwards@akerman.com

Stephen Conrad Ruehmann     ruehmannlaw@yahoo.com


Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**United States District Court**

For the Northern District of California

4