Marc A. Fisher, Esq. (47794)
Stephen C. Ruehmann (167533)
**FISHER & RUEHMANN, LLP**
9580 Oak Avenue Parkway, #15
Folsom, CA 95630
Tel (916) 988-8001/Fax (916) 988-8002

Attorneys for Plaintiff
Georgia C. Brown-Kyes

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| Georgia C. Brown-Kyes, <br><br> Plaintiff, <br><br> VS. <br><br> GREENPOINT MORTGAGE FUNDING, INC.; GMAC MORTGAGE, LLC.; ALLAMERICAN MORTGAGE & PROPERTIES; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ETS SERVICES, LLC; AURORA LOAN SERVICES; US BANK N.A. TRUSTEE; and DOES 1 to 100, inclusive, <br><br> Defendants. | Case No.: 5:10-cv-01986-HRL <br><br> **REQUEST FOR VOLUNTARY DISMISSAL AND [PROPOSED] ORDER** <br><br><br><br><br><br><br><br><br><br><br><br><br><br> **Complaint Filed:** May 3, 2010 |

**NOTICE IS HEREBY GIVEN** that pursuant to FRCP 41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: March 25, 2011         /s/Stephen C. Ruehmann
                              Stephen C. Ruehmann
                              Attorney for Plaintiff

- 1 -
REQUEST FOR VOLUNTARY DISMISSAL AND [PROPOSED] ORDER

1

2  **ORDER GRANTING DISMISSAL**

3  IT IS SO ORDERED.

4

5

6  Dated: March 28, 2011                    _Lucy H. Koh_
                                             United States Judge
7